# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**TERRY CARTER and KAREN CARTER**                                          **PLAINTIFFS**

**v.**                                    **Case No. 3:17-cv-00128 KGB**

**BERKSHIRE HATHAWAY HOMESTATE**
**INSURANCE COMPANY**                                                        **DEFENDANT**

## ORDER

Before the Court is defendant Berkshire Hathaway Homestate Insurance Company's motion for continuance (Dkt. No. 9). Plaintiffs Terry Carter and Karen Carter filed a response to the motion and have no objection to a continuance of the trial date or new deadlines being provided for discovery and motions (Dkt. No. 11). For good cause shown, the Court grants the motion to continue the May 7, 2018, trial date in this case. A new trial date, including an amended final scheduling order, will be set by separate order.

So ordered this 21st day of February, 2018.

_____
Kristine G. Baker
United States District Judge