IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRY CARTER and KAREN CARTER                          PLAINTIFFS

v.                  Case No. 3:17-cv-00128 KGB

BERKSHIRE HATHAWAY HOMESTATE
INSURANCE COMPANY                                              DEFENDANT

## ORDER

Before the Court is plaintiffs Terry Carter and Karen Carter's ("the Carters") motion for extension to file answer to motion for summary judgment or in the alternative for a voluntary dismissal without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure (Dkt. No. 17). In the motion, the Carters move for an extension of time to respond to the motion for summary judgment up to and including February 20, 2019 (*Id.*, at 3). The Carters represent that defendant Berkshire Hathaway Homestate Insurance Company's ("Berkshire Hathaway") has no objection to extend the time to answer the pending motion for summary judgment (*Id.*, ¶ 7). The Carters also requests, if the Court does not grant an extension of time to answer the Berkshire Hathaway's motion for summary judgment, that the Court order a voluntary dismissal without prejudice pursuant to Rule 41(a) (*Id.*, ¶ 13). The Carters represent that Berkshire Hathaway has no objection to the entry of a dismissal order without prejudice (*Id.*, ¶ 14).

For good cause shown, the Court grants the motion for extension to file answer to motion for summary judgment and denies without prejudice at this time the motion for a voluntary dismissal without prejudice pursuant to Rule 41(a). Berkshire Hathaway has up to and including February 20, 2019, to respond to the Carters' motion for summary judgment.

So ordered this 14th day of February, 2019.

_____
Kristine G. Baker
United States District Judge