IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TERRY CARTER and KAREN CARTER**  **PLAINTIFFS**

v.   Case No. 3:17-cv-00128 KGB

**BERKSHIRE HATHAWAY HOMESTATE**
**INSURANCE COMPANY**   **DEFENDANT**

## ORDER

Before the Court is a joint motion to dismiss filed by plaintiffs Terry and Karen Carter and defendant Berkshire Hathaway Homestate Insurance Company (Dkt. No. 27). The parties represent that they have resolved the dispute among them and request that this matter be dismissed with prejudice (*Id.*). For good cause shown, the Court grants the joint motion to dismiss (Dkt. No. 27). The Court dismisses with prejudice the action. The Court denies as moot the motion for summary judgment (Dkt. No. 14).

It is so ordered this 15th day of March, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge